**FILED**
January 08, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUBEN DARIO CAAL-CHOCOJ, § § Petitioner, § § v. § § PAMELA JO BONDI *et al.*, § § Respondents. § | NO. SA-25-CV-1798-OLG |

## ORDER

Pending before the Court is Petitioner Ruben Dario Caal-Chocoj's Petition for a Writ of Habeas Corpus (Dkt. No. 1) filed pursuant to 28 U.S.C. § 2241. On January 6, 2026, Petitioner advised that he has been released from custody and that, as a result, his Petition is moot. *See* Dkt. Nos. 6 at 1–2; 6-1. The Court agrees. Because the relief sought by the Petition has been granted, this habeas proceeding is now moot. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Petition (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this \_\_6\_\_ day of January, 2026.

ORLANDO L. GARCIA
United States District Judge